UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              HONORABLE PAUL L. MALONEY

v.

                              Case No. 1:10-cr-4

JOHNNY RAY WRIGHT,

        Defendant.

_____/

## ORDER GRANTING MOTIONS FOR
## EXTENSION OF TIME AND ENDS OF JUSTICE CONTINUANCE

Before the Court are the Defendant's unopposed motion to extend deadline for Rule 12(b) motion(s) and motion for ends of justice continuance of the final pretrial presently scheduled for March 8, 2010 and trial scheduled for March 16, 2010. The basis of the Defendant's motions is that additional time is necessary as new counsel has just entered the case on behalf of defendant and discovery has not yet been provided. Counsel needs to review materials and determine any pretrial motions to file and advise defendant. The government does not oppose either motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **April 5, 2010 at 10:00 a.m.** All motions shall be filed on or before **February 26, 2010**. Jury trial is rescheduled to **April 13, 2010 at 8:45 a.m.**

Dated: February 1, 2010                               /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District Judge