UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:10-cr-4

JOHNNY RAY WRIGHT,

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for April 5, 2010 and trial scheduled for April 13, 2010. The basis of the Defendant's motion is that additional time is necessary to conduct further investigation of relevant issues that have recently come to light, complete the terms of a plea agreement or in the event a plea agreement cannot be completed, prepare for trial. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **June 1, 2010 at 4:00 p.m.** Responses to motions currently pending shall be filed on or before **May 21, 2010**. Jury trial is rescheduled to **June 9, 2010 at 8:45 a.m.**

Dated: March 26, 2010                    /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District Judge