UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

                                    HONORABLE PAUL L. MALONEY

v.

                                    Case No. 1:10-cr-4

JOHNNY RAY WRIGHT,

            Defendant.

_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for June 1, 2010 and trial scheduled for June 9, 2010. The basis of the Defendant's motion is that additional time is necessary to complete negotiations to reach a resolution in this case. If a resolution cannot be reached, then additional time will be needed to prepare for trial. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **July 23, 2010 at 1:30 p.m.** Responses to motions currently pending shall be filed on or before **June 28, 2010**. Jury trial is rescheduled to **August 3, 2010 at 8:45 a.m.**

Dated:  May 21, 2010                              /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge