UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY RAY WRIGHT,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cr-4

## ORDER DENYING MOTION FOR AN EVIDENTIARY HEARING PURSUANT TO *FRANKS V. DELAWARE* AND MOTION TO SUPPRESS EVIDENCE SEIZED PURSUANT TO SEARCH WARRANTS

On July 21, 2010, the Court held a hearing on Defendant Johnny Ray Wright's Motion for an Evidentiary Hearing Pursuant to *Franks v. Delaware* (Dkt. #19) and Motion to Suppress Evidence Seized Pursuant to Search Warrants (Dkt. #21). As stated on the record at the conclusion of the hearing, the motions were denied with an opinion to issue. On July 22, 2010, the defendant entered a guilty plea to Count One of the Indictment. The Court accepted the guilty plea and adjudicated the defendant guilty of the charge set forth in Count One of the Indictment. Defendant is to be sentenced on November 15, 2010. In light of the defendant's guilty plea pursuant to a plea agreement, the Court will not issue a full opinion on the merits. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for an Evidentiary Hearing Pursuant to *Franks v. Delaware* (Dkt. #19) and Motion to Suppress Evidence Seized Pursuant to Search Warrants (Dkt. #21) are **DENIED without prejudice as moot**.

Date: July 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge