UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY RAY WRIGHT,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cr-4

## ORDER GRANTING MOTION TO ADJOURN SENTENCING

This matter is before the Court on the defendant's Unopposed Motion to Adjourn Sentencing (Dkt. #40). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion to Adjourn Sentencing (Dkt. #40) is **GRANTED**.

**IT IS FURTHER ORDERED** that sentencing is rescheduled to **January 18, 2011 at 10:00 a.m.**

Date: September 24, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge